BEFORE THE SECOND DIVISION, DECEMBER 8, 1959

No. 63576.—Aluminum Limited Sales, Inc. *v.* United States, protest 309172–K (Ogdensburg).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C.C.P.A. 43, C.A.D. 670), the claim of the plaintiff was sustained.